THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Keith Briggs, Petitioner,
 
 
 
 
 

v.

 
 
 
 
 State of South Carolina, Respondent.
 
 
 
 
 

Appeal From Clarendon County
John C. Hayes, III, Plea Judge
George C. James Jr., Post-Conviction
Relief Judge

Unpublished Opinion No. 2009-UP-591
 Submitted December 1, 2009  Filed
December 14, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Petitioner.
 Assistant Attorney General Lance S.
 Boozer, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner
 seeks a writ of certiorari from the denial of his application for
 post-conviction relief (PCR).  
Because evidence
 supports the PCR judge's finding that Petitioner did not knowingly and
 intelligently waive his right to a direct appeal, we grant certiorari and
 proceed with a review of the direct appeal issue pursuant to Davis v. State,
 288 S.C. 290, 342 S.E.2d 60 (1986) and White
 v. State, 263 S.C. 110, 208 S.E.2d 35
 (1974).
After a thorough review of
 the record and both briefs, pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss Petitioner's appeal and grant counsel's
 motion to be relieved.[1]
APPEAL DISMISSED.
SHORT, THOMAS, and
 KONDORUS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.